# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| AREDIA® AND ZOMETA® PRODUCTS ) | |
| LIABILITY LITIGATION ) | |
| ) | No. 3:06-MD-1760 |
| (MDL No. 1760) ) | Judge Campbell/Brown |
| ) | |
| This Document Relates to: ) | |
| 3:6-cv-01031 (*Martin*) ) | |

## ORDER

The court entered an order on April 7, 2014 instructing the parties to "complete fact discovery in this [Group One] case not later than June 2, 2014,"[1] and to "jointly notice the court as soon as this case [wa]s ready for suggestion of remand." (MDL Doc. 7376; Related Case 67) More than two weeks have passed since fact discovery was to have been completed, but the parties have not yet advised the court that this case is ready for a suggestion of remand.

The parties **SHALL JOINTLY NOTICE** the court not later than June 30, 2014 whether fact discovery has been completed in this case and, if not, why not? The parties are further instructed to advise the court at the same time whether the parties object to a suggestion of remand entering given that there has been no docket activity in this case in the two-plus months since the court's prior order.

It is so **ORDERED**.

**ENTERED** the 16th Day of June, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge

---

[1] Fact discovery was to have been completed in this case not later than March 1, 2013.